1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA - LAS VEGAS**

*E-FILING*

| | |
|---|---|
| UNITED OF OMAHA LIFE INSURANCE COMPANY, a Nebraska corporation, | ) ) **CASE NO.  2:09-cv-01864 LRH-RJJ** |
| Plaintiff, | ) ) **STIPULATION TO EXTEND THE** |
| vs. | ) **TIME WITHIN WHICH DEFENDANTS** ) **MAY ANSWER OR OTHERWISE** |
| DOLORES M. AGUAYO  and HILLARIE A. BETHANCOURT and DENNIS LOPEZ, both as Guardians of K. B., their minor son, | ) **RESPOND TO THE FIRST AMENDED** ) **COMPLAINT FOR INTERPLEADER** )  **AND ORDER** ) |
| Defendants. | ) ) |

Plaintiff UNITED OF OMAHA LIFE INSURANCE COMPANY and defendants HILLARIE A. BETHANCOURT and DENNIS LOPEZ, both as Guardians of K.B., their minor son, and defendant DOLORES M. AGUAYO hereby stipulate  pursuant to United States District Court, District of Nevada Rules 45-1 to 45-3 to extend the time by ninety (90) days from the filing of the First Amended Complaint within which defendants may answer or otherwise respond thereto.  The First Amended Complaint was filed October 26, 2009.  Therefore, defendants' responses to the First Amended Complaint for Interpleader are now due on or before January 25, 2010.

-1-

**STIPULATION TO EXTEND TIME TO**
**RESPOND TO FIRST AMENDED COMPLAINT**               **CASE NO.  2:09-cv-01864 LRH-RJJ**

1   Good cause exists for this extension of time in that the parties are discussing an informal
2   settlement of this matter, thereby conserving judicial resources.
3   SO STIPULATED.

RIMAC MARTIN, P.C.

6   DATED:   December 1, 2009    By:    /s/ ANNA M. MARTIN
                                        ANNA M. MARTIN
7                                       Attorneys for Plaintiff
                                        UNITED OF OMAHA LIFE INSURANCE
8                                       COMPANY

10  DATED:   December 1, 2009    By:    /s/ DOLORES M. AGUAYO
                                        DOLORES M. AGUAYO
                                        Defendant

12  DATED:   December 1, 2009    By:    /s/ HILLARIE A. BETHANCOURT
                                        HILLARIE A. BETHANCOURT,
13                                      as Guardian for K.B., her Minor Son
                                        Defendant

15  DATED:   December 1, 2009    By:    /s/ DENNIS LOPEZ
                                        DENNIS LOPEZ
16                                      as Guardian for K.B., his Minor Son
                                        Defendant

18  **ORDER**

19   The parties having stipulated thereto and for good cause shown, IT IS HEREBY
20  ORDERED that defendants Dolores M. Aguayo, Hilary A. Bethancourt, and Dennis Lopez shall
21  have until January 25, 2009 to file and answer or otherwise respond to the First Amended
22  Complaint in this matter.
23  **SO ORDERED.**

25  DATED:   December 18, 2009
                                        _____
                                        UNITED STATES DISTRICT JUDGE

---

-2-

STIPULATION TO EXTEND TIME TO
RESPOND TO FIRST AMENDED COMPLAINT                CASE NO.  2:09-cv-01864 LRH-RJJ