UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA - LAS VEGAS

**E-FILING**

| | |
|---|---|
| UNITED OF OMAHA LIFE INSURANCE COMPANY, a Nebraska corporation,<br><br>  Plaintiff,<br>vs.<br><br>DOLORES M. AGUAYO and HILLARIE A. BETHANCOURT and DENNIS LOPEZ, both as Guardians of K. B., their minor son,<br><br>  Defendants. | CASE NO. 2:09-cv-01864 LRH-RJJ<br><br>STIPULATION TO EXTEND THE TIME WITHIN WHICH DEFENDANTS MAY ANSWER OR OTHERWISE RESPOND TO THE FIRST AMENDED COMPLAINT FOR INTERPLEADER<br><br>SECOND REQUEST FOR EXTENSION |

Plaintiff UNITED OF OMAHA LIFE INSURANCE COMPANY and defendants HILLARIE A. BETHANCOURT and DENNIS LOPEZ, both as Guardians of K.B., their minor son, and defendant DOLORES M. AGUAYO hereby stipulate pursuant to United States District Court, District of Nevada Rule 6.1 to extend the time to answer or otherwise respond to the First Amended Complaint in Interpleader by an additional thirty (30) days. The deadline for defendants to answer or otherwise respond is currently scheduled for Monday, January 25, 2010. The defendants request an additional 30 days through and including February 24, 2010 to answer or otherwise respond.

Good cause exists for this extension of time in that the parties are exploring the possibility of an informal settlement of this matter, thereby conserving judicial resources.

SO STIPULATED.

RIMAC MARTIN, P.C.

DATED: January 20, 2010     By:     /s/ ANNA M. MARTIN
                                    ANNA M. MARTIN
                                    Attorneys for Plaintiff
                                    UNITED OF OMAHA LIFE INSURANCE
                                    COMPANY

DATED: January 20, 2010     By:     /s/ DOLORES M. AGUAYO
                                    DOLORES M. AGUAYO
                                    Defendant

DATED: January 20, 2010     By:     /s/ HILLARIE A. BETHANCOURT
                                    HILLARIE A. BETHANCOURT,
                                    as Guardian for K.B., her Minor Son
                                    Defendant

DATED: January 20, 2010     By:     /s/ DENNIS LOPEZ
                                    DENNIS LOPEZ
                                    as Guardian for K.B., his Minor Son
                                    Defendant

## ORDER

The parties having stipulated thereto and for good cause shown, IT IS HEREBY ORDERED that defendants Dolores M. Aguayo, Hilary A. Bethancourt, and Dennis Lopez shall have until Wednesday, February 24, 2010 to file and answer or otherwise respond to the First Amended Complaint in this matter.

**IT IS SO ORDERED.**

DATED: January 21, 2010.

_____
UNITED STATES DISTRICT JUDGE