**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED OF OMAHA LIFE INSURANCE COMPANY, a Nebraska corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DOLORES M. AGUAYO and HILLARIE ANN BETHANCOURT and DENNIS LOPEZ, both as Guardians of K. B., their minor son,<br><br>Defendants. | CASE NO. 2:09-CV-01864-LRH-(RJJ)<br><br>**STIPULATION TO ENLARGE TIME FOR RESPONSE TO PLAINTIFF'S MOTION TO DISMISS** AND ORDER<br><br>**[First Request]** |

The parties, by their undersigned counsel, and in accordance with Local Rules 6-1, 6-2 and 7-1, stipulate and agree that the Court may enter an Order granting an enlargement of time for defendant Bethancourt to file her response to Plaintiff United of Omaha's Motion to Dismiss Pursuant to FRCP, Rule 12(b)(6) or in the Alternative for Summary Judgment Pursuant to Rule 56 (Doc. 19) ("Motion") filed of record on March 9, 2010.

Defendant Bethancourt requests additional time to file her response to the Motion based

1

upon a request to Plaintiff for clarification of information which may allow Defendant Bethancourt to dismiss her counterclaim. Defendant Bethancourt requests an enlargement of time of two weeks. Currently, Defendant Bethancourt's response is due March 26, 2010.

Based on the foregoing, the parties hereto stipulate and agree that Defendant Bethancourt may file and serve her response on or before April 9, 2010, and request that the Court enter an Order granting the enlargement.

DATED this 26th day of March, 2010.

>ROWLEY CHAPMAN BARNEY & BUNTROCK, LTD.
>
> /s/ Shane D. Buntrock
> Shane D. Buntrock, Esq.
> 63 East Main Street, Suite 501
> Mesa, Arizona  85201
> (480) 833-1113
> *Attorneys for Defendant Bethancourt*
>
>RIMAC MARTIN
>
> /s/ Anna M. Martin (w/permission)
> Anna M. Martin, Esq.
> P.O. Box 7085
> Incline Village, Nevada  89452
> *Attorneys for the Plaintiff*
>
> /s/ Frank J. Cremen (w/permission)
> Frank J. Cremen, Esq.
> 715 South 4th Street
> Las Vegas, Nevada 89101
> *Attorneys for the Defendant Dolores M. Aguayo*

Dated this 30th day of March, 2010.   IT IS SO ORDERED.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2