◈AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF  Nevada

United of Omaha Life Insurance Company

                          Plaintiff,

             V.

Dolores M. Aguayo,
Hillarie A. Bethancourt

                        Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:09-cv-01864-LRH-RJJ

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

  IT IS ORDERED AND ADJUDGED

judgment is hereby entered in favor of Defendant Hillarie A. Bethancourt, as Guardian of K.B., her minor son, and against Defendant Dolores M. Aguayo, on the claim of entitlement to the interpleaded funds.

February 8, 2011
Date

/s/ Lance S. Wilson
Clerk

/s/ Molly Morrison
(By) Deputy Clerk